**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 786 MAL 2017

                Respondent             :

                                       :    Petition for Allowance of Appeal from

                                       :    the Order of the Superior Court

                v.                        :

                                       :

ARIS WILLIAM HALIDAY,               :

                                       :

                Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.